No. 1113. VIATOR *v.* STATE TAX COMMISSION ET AL. Appeal from the Supreme Court of Mississippi. April 27, 1942. *Per Curiam:* The motion for leave to file amended statement as to jurisdiction is granted. The appeal is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended, 28 U. S. C., § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C., § 344 (c), certiorari is denied. *Mr. Albert Sidney Johnston, Jr.* for appellant.

No. —, original. EX PARTE HAROLD GLASS;
No. —, original. EX PARTE EMMET H. BOZEL; and
No. —, original. EX PARTE JAMES R. BLOOD. April 27, 1942. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 910. A. B. KIRSCHBAUM Co. *v.* FLEMING, ADMINISTRATOR. April 28, 1942. L. Metcalfe Walling, present Administrator of the Wage and Hour Division, U. S. Dept. of Labor, substituted as the party respondent herein in the place and stead of Philip B. Fleming resigned.

No. 1042. NAILLING *v.* UNITED STATES. April 29, 1942. Order denying certiorari, *post*, p. 675, withheld until May 11th next on motion of *Mr. L. E. Gwinn* for the petitioner.